**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

RODOLFO JOSE HERRERA-CONTRERAS,

Petitioner,

v.

CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orleans Field Office,

Respondent.

No. 2:26-cv-03376-SHL-cgc

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Rodolfo Jose Herrera-Contreras's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 1), filed October 18, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition, (ECF No. 12), entered October 26, 2026, Mr. Herrera-Contreras's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 29, 2026
Date